**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6610**

─────────────

AARON SMITH,

Plaintiff - Appellant,

versus

KRISTINA MORGAN ROBINSON, Assistant
Commonwealth Attorney,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:07-cv-00187-GBL)

─────────────

Submitted: June 21, 2007          Decided: June 29, 2007

─────────────

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Aaron Smith, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith v. Robinson</u>, No. 1:07-cv-00187-GBL (E.D. Va. filed Mar. 28, 2007 & entered Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>